John D. LOVINS et al., Appellants, v. UNITED STATES of America, Appellee.

No. 10364.

Circuit Court of Appeals, Sixth Circuit.

Oct. 21, 1947.

John M. Karns, of East St. Louis, Ill., and Louis M. Hopping, of Detroit, Mich., for appellants.

John C. Lehr, of Detroit, Mich., for appellee.

Before MARTIN, McALLISTER, and MILLER, Circuit Judges.

PER CURIAM.

From the record, briefs and oral arguments which have been duly considered, there appearing to have been no reversible error committed in the trial of this case in the district court and there being found from the record ample substantial evidence to support the verdict of conviction of all appellants, and the appellants having been properly sentenced thereon by the district judge in the lawful exercise of his judicial discretion, the judgments of conviction and sentence pronounced as to all the appellants are affirmed.

Dewey Wallace McMURTREY v. Walter A. HUNTER, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 3530.

Circuit Court of Appeals, Tenth Circuit.

Sept. 12, 1947.

Randolph Carpenter, U. S. Atty., and Eugene W. Davis, Asst. U. S. Atty., both of Topeka, Kan., for appellee.

Before PHILLIPS, BRATTON, and MURRAH, Circuit Judges.

PER CURIAM.

Appeal dismissed for the reason that order appealed from was not a final or appealable order.

George W. O'MALLEY, Collector of Internal Revenue, Appellant, v. NEBRASKA NATIONAL HOTEL COMPANY, a Nebraska Corporation.

No. 13359.

Circuit Court of Appeals, Eighth Circuit.

Sept. 4, 1947.

Theron L. Caudle, Asst. Atty. Gen., Sewall Key, Acting Asst. Atty. Gen., and Joseph T. Votava, U. S. Atty., of Omaha, Neb., for appellant.

William J. Hotz, of Omaha, Neb., for appellee.

PER CURIAM.

Appeal from District Court, 63 F.Supp. 26, dismissed, on motion of appellant.